Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Felix Gonzalo Vega Oramas

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Felix Gonzalo Vega Oramas,<br><br>      Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>      Respondents. | Case No. 2:26-cv-00973-GMN-EJY<br><br>**Order Granting Stipulation<br>for Extension of Time** |

Petitioner Felix Gonzalo Vega Oramas and Respondents Pamela Bondi, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **April 17, 2026**, to file an amended petition for writ of habeas corpus. The amended petition is currently due April 10, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

On April 7, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she had just received assignment of the case and needed additional time to meet with the client and prepare the petition. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to April 17, 2026 and for Federal Respondents to file their Response to the Amended Petition on April 24, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 8th day of April, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General of the<br>United States<br>SIGAL CHATTAH<br>First Assistant United States<br>Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Tamer Botros<br>Tamer Botros<br>Assistant United States Attorney | /s/ Heather Fraley<br>Heather Fraley<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

DATED this __9__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2